193 So. 882

**Vona STEPHENS (Mrs. Joseph Cleveland Stephens) v. W. M. RAYBURN, Judge, Circuit Court, St. Clair County.**

**7 Div. 618.**

Supreme Court of Alabama.

Jan. 12, 1940.

John Ike Griffith and Arthur Weeks, both of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied.

195 So. 905

**Clark STRICKLAND v. Theresa BROWN.**

**6 Div. 624.**

Supreme Court of Alabama.

March 12, 1940.

Appeal from Probate Court, Jefferson County; Eugene H. Hawkins, Judge.

Hayden & Hayden, of Birmingham, for appellant.

J. Wiley Logan and J. L. Drennen, both of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

193 So. 882

**Ed WETZEL v. W. F. SCHAFFER, as Agent etc.**

**6 Div. 565.**

Supreme Court of Alabama.

Dec. 7, 1939.

Rehearing Denied Jan. 18, 1940.

Erle Pettus, of Birmingham, for appellant.

Ed Wetzel, pro se.

PER CURIAM.

Motion to establish bill of exceptions denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

195 So. 905

**Ed. WETZEL v. W. F. SCHAEFER, Agt. etc., et al.**

**6 Div. 565.**

Supreme Court of Alabama.

April 19, 1940.

On the Merits April 25, 1940.

Rehearing Denied May 16, 1940.

Ed. Wetzel, pro se.

Erle Pettus, of Birmingham, for appellees.

PER CURIAM.

Motion for certiorari denied.

ANDERSON, C. J., and THOMAS, BROWN and KNIGHT, JJ., concur.

Judgment affirmed.

THOMAS, BOULDIN, FOSTER, and KNIGHT, JJ., concur.